UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY TEDESCO,

           Plaintiff,

      -v.-

THOMAS SCOTT LEONARD,
SOUTHERN PRIDE TRANSPORTS, LLC
A/K/A SOUTHERN PRIDE
TRANSPORT LLC, and TJS HOTSHOT
SERVICE, LLC,

           Defendants.

21 Civ. 5614 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The parties are ORDERED to appear for a telephonic conference on **October 20, 2021, at 10:00 a.m.,** to address Plaintiff's pending motion for remand. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

    SO ORDERED.

Dated:  October 18, 2021
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge